# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA LEROY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-CV-207-JED-FHM ) |
| OUR FAMILY TOUCH, LLC and KIMBERLY ANDRE HUDSON, | ) ) ) ) |
| Defendants. | ) |

## **DEFAULT JUDGMENT**

The Court granted the plaintiff's motion for default judgment and found a total award of $1000.00 in damages to be appropriate on plaintiff's claims. (Doc. 14). The total is comprised of $500.00 in damages on plaintiff's Title VII claims against Our Family Touch, LLC and $500.00 in damages on plaintiff's Intentional Infliction of Emotional Distress claim against Kimberly Andre Hudson. Accordingly, Judgment is hereby entered in favor of the plaintiff, Maria Leroy, against defendant Our Family Touch, LLC, in the amount of $500.00 and against defendant Kimberly Andre Hudson in the amount of $500.00, for a total of $1000.00. The amount awarded shall accrue post-judgment interest at the rate of 2.34% per year pursuant to 28 U.S.C. § 1961.

DATED this 10th day of July, 2018.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE