### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA LEROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-207-JED-FHM |
| | ) |
| OUR FAMILY TOUCH, LLC and | ) |
| KIMBERLY ANDRE HUDSON, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On August 31, 2018, Magistrate Judge Frank H. McCarthy entered a Report and Recommendation (Doc. 22) recommending that the Court grant in part plaintiff's Motion for Attorney Fees and award attorney fees in the amount of $11,758.00. No objection to the Report and Recommendation has been filed and the deadline to do so has passed. The Court has also independently reviewed the Report and Recommendation and sees no reason to modify or reject Judge McCarthy's recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion and Brief in Support for Attorney's Fees (Doc. 16) is **granted in part**. The Report and Recommendation (Doc. 22) is **accepted** as entered, and plaintiff is awarded attorney fees in the amount of $11,758.00 as provided therein.

**DATED** this 20th day of September, 2018.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE