## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA LEROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-207-JED-FHM |
| | ) |
| OUR FAMILY TOUCH, LLC and | ) |
| KIMBERLY ANDRE HUDSON, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT FOR FEES AND COSTS**

The Court previously entered Judgment for the plaintiff, Maria Leroy, against the defendants, Our Family Touch, LLC and Kimberly Andre Hudson. (Doc. 15). Thereafter, the plaintiff sought costs and attorney fees, which have been awarded. (Doc. 21, 24). Accordingly, Judgment for Fees and Costs is hereby entered in favor of the plaintiff, Maria Leroy, and against the defendants, Our Family Touch, LLC and Kimberly Andre Hudson, in the amount of $11,758.00 for attorney fees and $416.21 for costs, for a combined total of $12,174.21, which shall accrue post-judgment interest at the rate of 2.55 percent per year from this date.

DATED this 20th day of September, 2018.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE